**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| INTERSTATE REALTY MANAGEMENT COMPANY,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>PF HOLDINGS, LLC,<br><br>　　　　　　　　　　　Defendant. | Civil Action No. 1:16-cv-04095-JBS-JS<br><br>*Civil Action*<br><br>**ORDER FOR DEFAULT JUDGMENT** |

**THIS MATTER** having come before the Court on Plaintiff Interstate Realty Management Company's ("IRM") request for default judgment pursuant to Federal Civil Procedure Rule 55; and Rule 55 providing that obtaining a default judgment is a two-step process: first, when a defendant has failed to plead or otherwise respond, a plaintiff may request the entry of default by the Clerk of the Court, Fed. R. Civ. P. 55(a), and second, after the Clerk has entered the party's default, a plaintiff may then obtain a judgment by default either (1) asking the Clerk to enter judgment, if the judgment is a sum certain, or (2) applying to the Court, Fed. R. Civ. P. 55(b); and

The Court further finding that Plaintiff's Motion for Default Judgment against Defendants and the documents attached in support thereto represent a sum certain in the amount of $311,663.11, plus accrued interest, costs, and attorney's fees totaling $9,390.92, for a total amount due of $321,054.03, and the Court finding that the sum is

supported by the calculations set forth in the Affidavits of Sandy Cipollone, Senior Vice President of IRM, and of David J. Azotea, Esq.[1]

**ACCORDINGLY**, it is hereby on this ____ day of _____, 2016

**ORDERED** that:

(1)   Plaintiff's Motion for Entry of Default Judgment against Defendant PF Holdings, LLC is hereby GRANTED; and

(2)   Following the Clerk's entry of default pursuant to Rule 55(a), the Clerk of Court is further directed to enter default judgment in Plaintiff's favor, pursuant to Rule55(b)(1), in the sum certain amount of $321,054.03, with interest accruing daily on the total judgment in the amount of $19.79 daily ($7,223.72 annually); and

(3)   The Clerk of Court is further directed to mark this case as **CLOSED**.

_____
U.S.D.J.

---

[1] The total amount of accrued interest was calculated in accordance with New Jersey Court Rule 4:42-11 at a 2.25% interest rate.