```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| INTERSTATE REALTY MANAGEMENT COMPANY,<br><br>            Plaintiff,<br><br>     v.<br><br>PF HOLDINGS, LLC,<br><br>            Defendant. | HONORABLE JEROME B. SIMANDLE<br><br>     Civil Action<br>No. 16-4095 (JBS/JS)<br><br>**ORDER FOR DEFAULT JUDGMENT** |

This matter comes before the Court by way of Plaintiff Interstate Realty Management Company's motion for default judgment [Docket Item 7]; and the Court having considered the submissions; and for the reasons explained in the Memorandum Opinion of today's date; and for good cause shown;

IT IS this **4th** day of **January**, **2017,** hereby

ORDERED that Plaintiff's motion for default judgment [Docket Item 7] shall be, and hereby is GRANTED; and it is further

ORDERED that the Court will award damages in the amount of $311,773.03, and will award no pre-judgment interest and $5,068.67 in reasonable attorneys' fees and litigation costs; and it is further

ORDERED that the Clerk of the Court shall enter Default Judgment in favor of Plaintiff, Interstate Realty Management

Company, and against Defendant, PF Holdings, LLC, in the amount of $316,841.70; and it is further

ORDERED that the Clerk of Court shall CLOSE this case upon the Docket.

                                             **s/ Jerome B. Simandle**
                                             JEROME B. SIMANDLE
                                             Chief U.S. District Judge