**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| INTERSTATE REALTY MANAGEMENT COMPANY,<br><br>　　　　　　　　　　　Plaintiff,<br>v.<br><br>PF HOLDINGS, LLC,<br><br>　　　　　　　　　　　Defendant. | Civil Action No. 1:16-cv-04095-JBS-JS<br><br>*Civil Action*<br><br>**PROOF OF SERVICE** |

I, David J. Azotea, of full age, do hereby certify:

1.　I am a Partner with the law firm Levine, Staller, Sklar, Chan & Brown, P.A., counsel for Plaintiff in the above matter, and I am fully familiar with the facts set forth herein.

2.　On January 4, 2017, Default Judgment was entered against Defendant PF Holdings, LLC in the amount of $316,841.70. See USDC Document 11.

3.　On February 1, 2017, Plaintiff filed a Notice of Motion to Amend Judgment entered against Defendant PF Holdings, LLC to add Roosevelt GA, LLC and PF Roosevelt, LLC as Defendant Debtors to the Judgment entered on January 4, 2017. See USDC Document 12.

4.　On February 1, 2017, a true and correct copy of Plaintiff's Notice of Motion to Amend Judgment was served via Certified Return Receipt Requested and Regular Mail to Roosevelt GA, LLC at 702 North Lincoln Court, Jacksonville, Florida, 32209. The original Certified Mail Return Receipt is attached hereto as Exhibit A.

5.      On February 1, 2017, a true and correct copy of Plaintiff's Notice of Motion to Amend Judgment was served via Certified Return Receipt Requested and Regular Mail to PF Roosevelt, LLC at 84 Park Avenue, Flemington, New Jersey, 08822.  That Certified Mail was returned to us with an insufficient address. Upon further investigation, we obtained a more sufficient address for the Registered Agent for PF Roosevelt, LLC, listed as P.O. Box 109, Flemington, New Jersey, 08822. See Registered Agent information for PF Roosevelt, LLC attached hereto as Exhibit B.

6.      On February 23, 2017, a true and correct copy of Plaintiff's Notice of Motion to Amend Judgment was resent to PF Roosevelt, LLC via Certified Mail to the aforementioned address. See USPS Tracking Receipt evidencing the Certified Mail arrived at the Unit on February 25, 2017, attached hereto as Exhibit C.

7.      The Registered Agent information for PF Roosevelt, LLC also listed a Florida address for PF Roosevelt, LLC at 5011 S. State Road, Suite 106, Davie, Florida, 33314. See Exhibit B.  A true and correct copy of Plaintiff's Notice of Motion to Amend Judgment was also sent to this second address located for PF Roosevelt, LLC and/or its Registered Agent.  See original Certified Mail Return Receipt is attached hereto as Exhibit D.

8.      The Notice of Motion to Amend Judgment was also mailed to PF Holdings, LLC at two separate addresses via Certified Mail Return Receipt Requested and Regular Mail on February 1, 2017, as per our Certification of Service filed on February 1, 2017. See USDC Document 12-4. Though the Certified Mail remains unclaimed, neither one of the regular mail packages was returned to us as undeliverable, thus, constituting proper service.

9.      Based on the foregoing, all Defendant Debtors have been properly noticed of Plaintiff's Motion to Amend Judgment, and as such, it is respectfully requested that Roosevelt GA, LLC and PF Roosevelt, LLC be added as Defendant Debtors to the Judgment.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                **LEVINE, STALLER, SKLAR, CHAN & BROWN, P.A.**
                                                Attorneys for Plaintiff

                                                *s/David J. Azotea*

Dated:  March 15, 2017          By: _____
                                                DAVID J. AZOTEA, ESQUIRE

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Roosevelt GA, LLC
702 North Lincoln Ct.
Jacksonville, FL 32209

9590 9402 1478 5329 1313 21

2. Article Number (Transfer from service label)

7015 3010 0000 7559 8661

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Annabelle_   ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt



EXHIBIT A

**Bizapedia**   COMPANIES  PEOPLE  PRODUCTS/SERVICES  TRADEMARKS  ADDRESSES  PHONE BOOK  APPS      

Home > U.S. > Florida > Flemington
### PF ROOSEVELT LLC
Florida Department Of State Business Registration · Updated 1/22/2017

[ Write Review ]   [ Upgrade ]   [ Claim ]



## Calandrino Law Firm In Florida

Start Your Business Right, With Professional Advice From Calandrino Law Firm.

floridabusinesslaw.com  >

Pf Roosevelt LLC is a Florida Domestic Limited-Liability Company filed on March 6, 2014 . The company's filing status is listed as Active and its File Number is L14000038311.

The Registered Agent on file for this company is Vcorp Services, LLC and is located at 5011 South State Road 7, Suite 106, Davie, FL 33314. The company's principal address is 84 Park Avenue, Flemington, NJ 08822 and its mailing address is P.O. Box 109, Flemington, NJ 08822.

The company has 1 principal on record. The principal is Chaim Puretz from Flemington NJ.

### Company Information

| | |
|---|---|
| Company Name: | PF ROOSEVELT LLC |
| File Number: | L14000038311 |
| Filing State: | Florida (FL) |
| Filing Status: | Active |
| Filing Date: | March 6, 2014 |
| Company Age: | 2 Years, 11 Months |
| Registered Agent: | Vcorp Services, LLC<br>5011 South State Road 7, Suite 106<br>Davie, FL 33314 |
| Principal Address: | 84 Park Avenue<br>Flemington, NJ 08822 |
| Mailing Address: | P.O. Box 109<br>Flemington, NJ 08822 |



## Calandrino Law Firm In Florida

Start Your Business Right, With Professional Advice From Calandrino Law Firm.

floridabusinesslaw.com  >

### Company Contacts

**CHAIM PURETZ**
Managing Member
Flemington, NJ 08822

**Public Records:** Online   **Status:** Active

This site contains REAL police records (court records of driving citations, speeding tickets, felonies, misdemeanors, offenses, mugshots, etc.), background reports, court documents, address information, phone numbers, and much more.

Truthfinder  [ Enter Site ]

### Reviews

[ Write Review ]

There are no reviews yet for this company.

### NEW ARTICLES THAT MAY INTEREST YOU

What All Business Owners Need To Know About Business Liability Insurance
5 Ways To Keep A Positive Online Presence
5 Tips For Making Employees Love Their Office



EXHIBIT B

**Bizapedia**   COMPANIES   PEOPLE   PRODUCTS/SERVICES   TRADEMARKS   ADDRESSES   PHONE BOOK   APPS        

Home > U.S. > Florida > Flemington           [Write Review]  [Upgrade]  [Claim]

### ROOSEVELT GA LLC
Florida Department Of State Business Registration · Updated 1/22/2017

HOME
Built by
Personalized by You

Roosevelt Ga LLC is a Florida Domestic Limited-Liability Company filed on April 23, 2014. The company's filing status is listed as Active and its File Number is L14000066381.

The Registered Agent on file for this company is Vcorp Services, LLC and is located at 5011 South State Road 7, Davie, FL 33314. The company's principal address is 84 Park Avenue, Flemington, NJ 08822 and its mailing address is P.O. Box 109, Flemington, NJ 08822.

The company has 1 principal on record. The principal is Chaim Puretz from Flemington NJ.

#### Company Information

| | |
|---|---|
| Company Name: | ROOSEVELT GA LLC |
| File Number: | L14000066381 |
| Filing State: | Florida (FL) |
| Filing Status: | Active |
| Filing Date: | April 23, 2014 |
| Company Age: | 2 Years, 10 Months |
| Registered Agent: | Vcorp Services, LLC<br>5011 South State Road 7<br>Davie, FL 33314 |
| Principal Address: | 84 Park Avenue<br>Flemington, NJ 08822 |
| Mailing Address: | P.O. Box 109<br>Flemington, NJ 08822 |



### Calandrino Law Firm In Florida
Start Your Business Right, With Professional Advice From Calandrino Law Firm.

floridabusinesslaw.com

#### Company Contacts



**CHAIM PURETZ**
Manager
Flemington, NJ 08822

### Calandrino Law Firm In Florida
Start Your Business Right, With Professional Advice From Calandrino Law Firm. Go to floridabusinesslaw.com/PracticeAreas



#### Reviews

[Write Review]

There are no reviews yet for this company.

#### NEW ARTICLES THAT MAY INTEREST YOU

What All Business Owners Need To Know About Business Liability Insurance
5 Ways To Keep A Positive Online Presence
5 Tips For Making Employees Love Their Office

USPS.com® - USPS Tracking®

# USPS Tracking®

**Tracking Number: 70153010000075598821**

**Updated Delivery Day: Saturday, February 25, 2017**

## Product & Tracking Information

**Postal Product:**     **Features:** Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| February 25, 2017, 6:57 am | Arrived at Unit | FLEMINGTON, NJ 08822 |

Your item arrived at the Post Office at 6:57 am on February 25, 2017 in FLEMINGTON, NJ 08822.

| | | |
|---|---|---|
| February 24, 2017, 7:46 pm | Departed USPS Facility | JERSEY CITY, NJ 07097 |
| February 24, 2017, 11:55 am | Arrived at USPS Facility | JERSEY CITY, NJ 07097 |
| February 23, 2017, 10:05 pm | Arrived at USPS Facility | BELLMAWR, NJ 08031 |

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)   $ _____
☐ Return Receipt (electronic)   $ _____
☐ Certified Mail Restricted Delivery   $ _____
☐ Adult Signature Required   $ _____
☐ Adult Signature Restricted Delivery   $ _____

Postmark Here

2/23

Postage
$
Total Postage and Fees
$

Sent To *PF Roosevelt*
Street and Apt. No., or PO Box No. *P.O. Box 109*
City, State, ZIP+4 *Flemington NJ 08822*

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7015 3010 0000 7559 8821

**Text Updates**

**Email Updates**

## Track Another Package

**Tracking (or receipt) number**

[                    ]  Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›

| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| Site Index | Newsroom | Postal Inspectors | Terms of Use |
| FAQs | USPS Service Updates | Inspector General | FOIA |
| | Forms & Publications | Postal Explorer | No FEAR Act EEO Data |
| | Government Services | National Postal Museum | |
| | Careers | Resources for Developers | |

Copyright © 2017 USPS. All Rights Reserved.

   



EXHIBIT C

https://tools.usps.com/go/TrackConfirmAction.action?tRef=fullpage&tLc=1&text28777=&t...   3/8/2017

