[Doc. No. 25]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| INTERSTATE REALTY MANAGEMENT COMPANY,<br><br>                              Plaintiff,<br>v.<br><br>PF HOLDINGS, LLC, PF ROOSEVELT, LLC and ROOSEVELT GA, LLC,<br><br>                          Defendants. | Civil Action No. 1:16-cv-04095-JBS-JS<br><br>*Civil Action*<br><br>**ORDER TO TURN OVER FUNDS** |

**THIS MATTER** being opened to the Court on behalf of Plaintiff, Interstate Management Company, by Anthony Morgano, Esquire of the law firm of Levine, Staller, Sklar, Chan & Brown, P.A., on notice to Defendants PF Holdings, LLC, PF Roosevelt, LLC and Roosevelt GA, LLC, and on notice to Investors Bank, and the Court having considered the papers submitted and for good cause shown,

IT IS on this 8th day of November, 2018

**ORDERED** that Plaintiff's Motion for Turnover of Funds of Defendants PF Holdings, LLC, PF Roosevelt, LLC and Roosevelt GA, pursuant to Federal Rules of Civil Procedure 69 and New Jersey Court Rule 4:59-1 is hereby granted; and

**IT IS FURTHER ORDERED** that Investors Bank turn over to Levine, Staller, Sklar, Chan & Brown, attorneys for Plaintiff, forthwith, the sum of $14,292.55 which has been levied upon by the U.S. Marshal's Office.

{00093778}

**IT IS FURTHER ORDERED** that a copy of this Order shall be served on all parties within __3__ days of the date of this Order.

~~Opposed~~

__X__ Unopposed

Joel Schneider, U.S.M.J.